UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 05 B 41517
   CARL E STROMBERG
   SUSAN R STROMBERG                        CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-4197      SSN XXX-XX-7186
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 09/28/05 and confirmed on 11/18/05.

   2. The plan is paid in full.

   3. The Debtor paid a total of $  80635.80 .

   4. The Trustee made disbursements to creditors as follows:

```
---------------------------------------------------------------------------
CREDITOR NAME           CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                         PAID        PAID
---------------------------------------------------------------------------
MORTGAGE ELECTRONIC REGI CURRENT MORTG    52510.02          .00      52510.02
RESURGENT CAPITAL SERVIC UNSECURED         1598.27          .00       1598.27
RESURGENT CAPITAL SERVIC UNSECURED          871.91          .00        871.91
ECAST SETTLEMENT CORPORA UNSECURED         4510.85          .00       4510.85
ECAST SETTLEMENT CORPORA UNSECURED         8727.01          .00       8727.01
RESURGENT CAPITAL SERVIC UNSECURED         1220.00          .00       1220.00
HOME DEPOT               UNSECURED        NOT FILED         .00            .00
WELLS FARGO FINANCIAL IN UNSECURED         1029.49          .00       1029.49
WORLD FINANCIAL NETWORK  UNSECURED          372.68          .00        372.68
MORTGAGE ELECTRONIC REGI MORTGAGE ARRE     1976.23          .00       1976.23
```

          Summary of disbursements:
```
---------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED 54486.25        .00    18330.21         .00      72816.46
PRINCIPAL PAID     54486.25        .00    18330.21         .00      72816.46
INTEREST PAID           .00        .00         .00         .00           .00
TOTAL PAID         54486.25        .00    18330.21         .00      72816.46
```
The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $   3385.05 .

Refunds to the Debtor totaled $    1734.29 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 11/12/08                    /s/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```